UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MCGRAW HILL, INC., et als.,**
Plaintiffs

v.                                                                          CIVIL NO. 04-1927(DRD)

**FELIX SANTIAGO MARDONADO, et als.,**
Defendants

### JUDGMENT BY STIPULATION

Plaintiff and Defendants have filed a joint motion requesting the dismissal with prejudice of the instant claim pursuant to the settlement agreement reached amongst them (Docket No. 40). They inform the Court that they have reached a settlement which resolves all claims between them. As a result, they have executed and filed with the Court said settlement agreement and mutual release of the claims.

Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants, and **APPROVES** the terms and conditions as set forth by the parties in their *Settlement Agreement*.

Finally, the Court shall retain jurisdiction for compliance purposes.

**IT IS SO ORDERED, ADJUDGED, AND DECREED**.

                                                                S/ Daniel R. Domínguez
                                                                **DANIEL R. DOMINGUEZ**
**Date**:  **November 15, 2005.**                               **U.S. District Judge**